Henry J. Howard and Ralph Howard, appellees, v. Frank Merriweather, appellant. Gen. No. 8,197.

Opinion filed May 2, 1928.

Jinkins & Jinkins, for appellant. J. D. Allen, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

Charles Worsham, appellant, v. Illinois Traction, Inc., appellee. Gen. No. 8,198.

Opinion filed May 2, 1928.

Jinkins & Jinkins, for appellant. Charles Troup and Herbert Haase, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Howard Kellie, appellee, v. John Moss, Jr., appellant. Gen. No. 8,201.

Opinion filed May 2, 1928.

Wilbur Wicks and Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Jones, McIntire & Jones, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Dorothy Hakes, plaintiff in error, v. James Garland, defendant in error. Gen. No. 8,137.

Opinion filed May 2, 1928.

F. R. Wiley, for plaintiff in error. John W. Evans and Redmon & Redmon, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.